

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. H. Dunlap, Commissioner
Pecos River Compact Commission
Board of Water Engineers
Austin, Texas

Dear Sir:

Opinion No. 0-4384

Re: Whether the seven hundred
and fifty dollar limitation
on the purchase of passenger
automobiles contained in the
general rider to the depart-
mental appropriation bill,
S.B. 423, Acts 47th Legis-
lature applies to the appro-
priation made to the Pecos
River Compact Commission by
H.B. #739, Acts 47th Legis-
lature.

By your letter of January 12th, you request our
opinion upon the following question:

"Will you kindly advise whether or not
the provisions of subsection 14 of Section 2,
Chapter 571, General Appropriation Act of
the Regular Session of the Forty-seventh
Legislature, limiting the cost of passenger
cars paid for out of moneys therein appro-
priated to $750.00, apply to the purchase of
a passenger car to be paid for out of moneys
appropriated by Section 6, H.B. 739, Chap-
ter 632, Acts of the Regular Session of the
Forty-seventh Legislature, relating to the
Pecos River Compact, or do the provisions
of Article 419a, Vernon's Penal Code of
Texas, limiting the cost of passenger cars
to $850.00 control in the purchase of passen-
ger car with moneys appropriated under said
H.B. 739."

Honorable A. H. Dunlap, Page 2


By our Opinion No. O-4928 addressed to you and dated October 24, 1942, we advised you that the limitations as to traveling expenses contained in the rider to the departmental appropriation bill, S.B. No. 423, Acts 47th Legislature did not apply to the appropriation made to the Pecos River Compact Commission, since the latter appropriation was made in a separate bill and did not contain such a limitation. For the same reasons as set out in our said Opinion No. O-4928, we are of the opinion that the Pecos River Compact Commission is not limited to $750.00 (as provided in the rider to the departmental appropriation bill, S.B. No. 423, Acts 47th Legislature) for the purchase of a passenger automobile which may be necessary for the purpose of carrying out the provisions of House Bill No. 739, Acts 47th Legislature, relating to the Pecos River Compact Commission.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Walter R. Koch_

Walter R. Koch
Assistant


WRK:nw


APPROVED JAN 18, 1943

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN